**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1762**

---

ROVSHAN HAMIDOV,

        Plaintiff - Appellant,

    v.

SHIFT4SHOP,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:24-cv-00254-CMH-WEF)

---

Submitted:  December 19, 2024            Decided:  December 23, 2024

---

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Rovshan Hamidov, Appellant Pro Se.   John S. Buford, HANCOCK DANIEL & JOHNSON, PC, Glen Allen, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rovshan Hamidov appeals the district court's order granting Shift4Shop's motion to dismiss under Fed. R. Civ. P. 12(b)(6).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Hamidov v. Shift4Shop*, No. 1:24-cv-00254-CMH-WEF (E.D. Va. filed July 26, 2024 & entered July 29, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*